Jon S. Dawson
DAVIS WRIGHT TREMAINE LLP
188 W. Northern Lights, Blvd., Suite 1100
Anchorage, Alaska  99503-3985
Telephone:  907-257-5300
Facsimile:  907-257-5399

Attorneys for Citicorp Credit Services, Inc. (USA)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| CITICORP CREDIT SERVICES, INC. (USA), | ) ) ) | |
| Plaintiff, | ) ) | Case No. 3:13-cv-00071-HRH |
| vs. | ) ) ) | |
| ALASKA LAW OFFICES, INC., | ) ) | |
| Defendant. | ) ) | |

## NOTICE OF SETTLEMENT

Plaintiff Citicorp Credit Services, Inc. (USA) ("Citi") and Defendant Alaska Law Offices, Inc. ("ALO" or "Defendant") hereby give notice to the Court that the parties reached a settlement during mediation on May 5, 2015.  The agreement calls for the parties to file an agreed motion to dismiss all claims within fourteen days of ALO's receipt of the settlement payment.  The agreement gives Citi fifteen business days to process the settlement paperwork and issue a check to ALO.  Accordingly, the parties expect to file the motion to dismiss within thirty days.

NOTICE OF SETTLEMENT
*Citicorp Credit Services, Inc. (USA) v. Alaska Law Offices, Inc.*, Case No. 3:13-cv-00071-HRH      Page 1

Case 3:13-cv-00071-HRH   Document 98   Filed 05/07/15   Page 1 of 2

Respectfully submitted this 7th day of May, 2015.

DAVIS WRIGHT TREMAINE LLP
Attorneys for Plaintiff Citicorp Credit
Services, Inc. (USA)

By:      /s/ Jon S. Dawson
         Jon S. Dawson, ABA # 8406022
         DAVIS WRIGHT TREMAINE LLP
         188 W. Northern Lights Blvd., Suite 1100
         Anchorage, Alaska  99503-3985
         Telephone:  907-257-5300
         Facsimile:  907-257-5399
         Email:  jondawson@dwt.com

POPE & KATCHER
Attorneys for Defendant Alaska Law
Offices, Inc.

By:      /s/ Jonathon A. Katcher *(consent)*
         Jonathon A. Katcher, ABA #8111104
         POPE & KATCHER
         421 W. First Ave, Suite 220
         Anchorage, Alaska  99501
         Telephone:  907-272-8577
         Facsimile:  907-274-8040
         Email:  jkatcher@alaska.net

Certificate of Service:

I certify that on May 7, 2015, a true and correct
copy of the foregoing document was filed and served
through the Court's ECF system and on:

Jonathon A. Katcher: jkatcher@alaska.net

  Jon S. Dawson

NOTICE OF SETTLEMENT
*Citicorp Credit Services, Inc. (USA) v. Alaska Law Offices, Inc.*, Case No. 3:13-cv-00071-HRH      Page 2

DWT 26788389v1 0061025-000051

Case 3:13-cv-00071-HRH   Document 98   Filed 05/07/15   Page 2 of 2