Jon S. Dawson
DAVIS WRIGHT TREMAINE LLP
188 W. Northern Lights, Blvd., Suite 1100
Anchorage, Alaska 99503-3985
Telephone: 907-257-5300
Facsimile: 907-257-5399

Attorneys for Citicorp Credit Services, Inc. (USA)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CITICORP CREDIT SERVICES, INC. (USA), <br><br> Plaintiff/Counterclaim Defendant, <br><br> vs. <br><br> ALASKA LAW OFFICES, INC., <br><br> Defendant/Counterclaim Plaintiff. | Case No. 3:13-cv-00071-HRH |

## **STIPULATION FOR DISMISSAL**

The parties hereby stipulate and agree as follows:

All claims and counterclaims in this action have been settled pursuant to that certain Settlement Agreement and Release dated May 5, 2015 between the parties. In accordance with that Settlement Agreement and Release, all claims and counterclaims in this action shall be dismissed with prejudice, each party to bear its own attorney fees and costs.

Respectfully submitted this 18th day of June, 2015.

       DAVIS WRIGHT TREMAINE LLP
       Attorneys for Plaintiff Citicorp Credit Services, Inc. (USA)

By:   */s/* Jon S. Dawson
     Jon S. Dawson, ABA # 8406022
     DAVIS WRIGHT TREMAINE LLP
     188 W. Northern Lights Blvd., Suite 1100
     Anchorage, Alaska 99503-3985
     Telephone: 907-257-5300
     Facsimile: 907-257-5399
     Email: jondawson@dwt.com

POPE & KATCHER
Attorneys for Defendant Alaska Law Offices, Inc.

By:   */s/* Jonathon A. Katcher *(consent)*
     Jonathon A. Katcher, ABA #8111104
     POPE & KATCHER
     421 W. First Ave, Suite 220
     Anchorage, Alaska 99501
     Telephone: 907-272-8577
     Facsimile: 907-274-8040
     Email: jkatcher@alaska.net

<u>Certificate of Service</u>:

I certify that on June 18, 2015, a true and correct copy of the foregoing document was filed and served through the Court's ECF system and on:

Jonathon A. Katcher: jkatcher@alaska.net

   /s/ Jon S. Dawson

STIPULATION FOR DISMISSAL - 2 -
*Citicorp Credit Services, Inc. (USA) v. Alaska Law Offices, Inc.*, Case No. 3:13-cv-00071-HRH